**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 13-6469**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

       v.

DAVID SPARKS,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:04-cr-00391-REP-1)

———————————

Submitted: August 29, 2013      Decided: September 3, 2013

———————————

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Sparks, Appellant Pro Se. Angela Mastandrea-Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Sparks appeals the district court's order denying his motion to reconsider the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sparks, No. 3:04-cr-00391-REP-1 (E.D. Va. Mar. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED